AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

EASTLYN IGWEMADU

V.

PARIS SPORT ASSOCIATES, LLC and
JAY FIVE MANAGEMENT, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08 29 ML

TO: (Name and address of Defendant)

Jay Five Management, LLC
By and Through Its Registered Agent
Jonathan N. Savage, Esquire
1080 Main Street
Pawtucket, RI 02860

272-1400

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro, III
The Law Firm of Thomas A. Tarro, III
Summit East - Suite 330
300 Centerville Road

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

January 22, 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 23 2008 |
| NAME OF SERVER (PRINT) Thomas Noury | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): Jay Five Mngt. LLC c/o A.F.S. Jonathan Savage Esq 1080 Main St - Pawtucket

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/23/08
Date

Signature of Server

Thomas Noury

P.O. Box 114026
North Providence, RI 02911

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.