UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EASTLYN IGWEMADU

vs. C.A. No. 08-29ML

PARIS SPORT ASSOCIATES, LLC
and JAY FIVE MANAGEMENT, LLC

**ANSWER OF DEFENDANTS PARIS SPORT ASSOCIATES, LLC and JAY FIVE MANAGEMENT, LLC**

Now comes the defendants, Paris Sport Associates, LLC and Jay Five Management, LLC (hereinafter referred to as "the defendants") and hereby file their Answer to the Plaintiff's Complaint in the following form and fashion:

**ANSWER AS TO JURISDICTION**

1 As to the allegations contained in paragraph 1 'JURISDICTION' of the plaintiff's complaint, defendants admit that they are limited liability companies organized under the laws of the state of Rhode Island, defendants do not possess sufficient knowledge to admit or deny that the plaintiff is a citizen of the United States Virgin Islands and therefore leave the plaintiff to her proof thereof, defendants deny the remaining allegations of said paragraph.

**ANSWER AS TO PARTIES**

2. As to the allegations contained in paragraph 2 of 'PARTIES' of the plaintiff's complaint, defendants neither admit nor deny the same but leave the plaintiff to her proof thereof;

3. As to the allegations contained in paragraph 3 of 'PARTIES' of the plaintiff's complaint, defendants admit the same;

4. As to the allegations contained in paragraph 4 of 'PARTIES' of the plaintiff's complaint, defendants admit the same.

**ANSWER AS TO NEGLIGENCE**

5. As to the allegations contained in paragraph 1 of 'NEGLIGENCE' of the

plaintiff's complaint, defendants neither admit nor deny the same, but leave the plaintiff to her proof thereof;

6. As to the allegations contained in paragraphs 2 and 3 of 'NEGLIGENCE' of the plaintiff's complaint, defendants admit the same;

7. As to the allegations contained in paragraphs 4, 5, 6, 7, 8, 9, 10, 11 and 12 of 'NEGLIGENCE' of the plaintiff's complaint are denied;

8. Defendants deny each and every allegation of each and paragraph of the plaintiff's complaint unless otherwise expressly admitted herein;

9. Defendants deny that the plaintiff is entitled to judgment against either of them, jointly or severally, for any reason of for any cause.

WHEREFORE, defendants pray the plaintiff's complaint be dismissed with prejudice, that judgment enter in their favor, jointly and severally, and that they be awarded their costs.

Defendants,
By their attorneys,

s/Robert P. Corrigan

Robert P. Corrigan #4233
HINES AND CORRIGAN, INC.
One James P. Murphy Highway
West Warwick, RI 02893
(401) 821-6266
(401) 821-6446 FAX

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Without waiving any other defenses asserted herein, defendants assert that the plaintiff's complaint is barred by operation of the doctrine of assumption of the risk.

### SECOND AFFIRMATIVE DEFENSE

Defendants assert that the plaintiff was comparatively negligent

## THIRD AFFIRMATIVE DEFENSE

Defendant asserts that the condition alleged by the plaintiff in her complaint was an open and obvious condition therefore relieving the defendants of a duty to warn.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts that the duty to clear the exterior walkway had not yet arisen under the facts alleged in the plaintiff's complaint.

## FIFTH AFFIRMATIVE DEFENSE

Defendant asserts the plaintiff's complaint is barred under the statute of limitations.

Defendants,
By their attorneys,

s/Robert P. Corrigan
Robert P. Corrigan #4233
HINES AND CORRIGAN, INC.
One James P. Murphy Highway
West Warwick, RI 02893
(401) 821-6266
(401) 821-6446 FAX

Date: January 30, 2008

**Defendants hereby claim the right to trial by jury**

## CERTIFICATION

I hereby certify that I forwarded a true copy of the within document to the below listed counsel of record on the 30th day of January, 2008.

s/ Robert P. Corrigan

Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com