AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

EASTLYN IGWEMADU

V.

PARIS SPORT ASSOCIATES, LLC AND JAY FIVE MANAGEMENT, LLC

**APPEARANCE**

Case Number: 08-29ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANTS

I certify that I am admitted to practice in this court.

4/29/08
Date

Signature

BRIAN BURNS
Print Name

4187
Bar Number

1 JAMES P. MURPHY HIGHWAY
Address

W. WARWICK
City

RI
State

02893
Zip Code

401-821-6266
Phone Number

Fax Number