UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EASTLYN IGWEMADU :
:
VS. : C.A. NO.: 08-29ML
:
PARIS SPORT ASSOCIATES, LLC :
and JAY FIVE MANAGEMENT, LLC :

**PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES PROPOUNDED UPON THE DEFENDANTS, JAY FIVE MANAGEMENT, LLC AND PARIS SPORT ASSOCIATES, LLC**

NOW COMES your Plaintiff, pursuant to Rule 37 of the Federal Court Rules of Civil Procedure and moves this Honorable Court for an Order compelling the Defendants, Paris Sport Associates, LLC and Jay Five Management, LLC., to answer interrogatories which were propounded upon them on or about February 29, 2008. In support of her motion, Plaintiff states as follows:

1. On or about December 29, 2008, Plaintiff's counsel propounded the first set of Interrogatories upon the Defendants, Paris Sport Associates, LLC and Jay Five Management, LLC;

2. The period of time for responding to the discovery request has elapsed;

3. The Defendants, Paris Sport Associates, LLC and Jay Five Management, LLC, has failed to provide answers to the Interrogatories as of the date of filing the instant motion;

4. Plaintiff's counsel has made a good faith effort to obtain the information sought herein without the need for court intervention.

WHEREFORE, Plaintiff seeks an Order of the court compelling the Defendants, Paris Sport Associates, LLC and Jay Five Management, LLC, to answer the Interrogatories propounded upon them. Plaintiff seeks a twenty (20) day Order for compliance.

Plaintiff,
By and Through Her Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III (#2046)
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 – *fax*

**CERTIFICATION**

I hereby certify that I sent a true copy of the within ***Motion to Compel Answers to Interrogatories*** on the 23rd day of June 2008, to:

Brian Burns, Esq.
Hines & Corrigan, Inc.
One James P. Murphy Highway
West Warwick, RI 02893

/s/ Thomas A. Tarro, III