UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EASTLYN IGWEMADU | : | |
| | : | |
| VS. | : | C.A. NO.: 08-29ML |
| | : | |
| PARIS SPORT ASSOCIATES, LLC and JAY FIVE MANAGEMENT, LLC | : | |

**PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL**

Now comes your Plaintiff, Eastlyn Igwemadu, and withdraws the Plaintiff's Motion to Compel Answers to Interrogatories Propounded upon the Defendants, Paris Sport Associates, LLC and Jay Five Management, LLC, which has been filed in this matter. In support of her Motion, Plaintiff states that the Defendants have provided answers to interrogatories to Plaintiff's counsel.

Plaintiff,
By and Through Her Attorney,

/s/ Thomas A. Tarro, III______
Thomas A. Tarro, III (#2046)
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 – *fax*

**CERTIFICATION**

I hereby certify that a true copy of the within ***Motion to Withdraw Motion to Compel*** was sent on the 25th day of June, 2008, to:

Brian Burns, Esq.
Hines & Corrigan, Inc.
One James P. Murphy Highway
West Warwick, RI 02893

/s/ Thomas A. Tarro, III