UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EASTLYN IGWEMADU :
:
VS. : C.A. NO.: 08-29ML
:
PARIS SPORT ASSOCIATES, LLC :
and JAY FIVE MANAGEMENT, LLC :

**MOTION TO STRIKE OBJECTIONS AND COMPEL MORE RESPONSIVE RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED THE DEFENDANT, PARIS SPORT ASSOCIATES, LLC.**

Now comes your Plaintiff, Eastlyn Igwemadu, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and moves for an Order of this Honorable Court striking certain objections and compelling the Defendant, Paris Sport Associates, LLC., to provide more responsive response to Request for Production of Documents propounded upon it as follows:

**REQUEST NO. 4:** Any and all documents transmitted between the Defendant, Paris Sports Associates, LLC and any other person or entity, other than defense counsel, which addresses the liability for the location where Plaintiff fell.

**RESPONSE NO. 4**:Objection to providing documents between the Defendants and its attorneys and insurer as such documenets are privileged from discovery based on the attorney-client communication privilege. Otherwise, none.

**INFORMATION SOUGHT**: Plaintiff seeks an Order of the Court striking the Objection which has been posed by the Defendant, or in the alternative, for an order of the Court requiring the Defendant to provide a privilege

log pursuant to Rule 26 (c)(5) of the Federal Rules of Civil Procedure setting forth the nature of any documents, communications or things not produced or disclosed in response to the request which the Defendant submits are protected by a claim of privilege.

**REQUEST NO. 9:** Any and all policies of insurance, which provide coverage for any claims made by Plaintiff which are the subject matter of the Compliant.

**RESPONSE NO. 9**: This will be obtained and supplied upon receipt.

**INFORMATION SOUGHT**: Plaintiff seeks an Order of the court requiring the Defendant to provide documents responsive to the request. The Defendant has not posed any objection to the production of any applicable policies of insurance. However, the Defendant does not provide any time frame in its response to the request indicating when the policy will be provided to Plaintiff's counsel. Therefore, Plaintiff seeks an Order of the Court granting its Motion to Compel and requiring the Defendant to provide the documents requested.

WHEREFORE, Plaintiff seeks an Order of the Court granting its Motion to Strike the foregoing Objections and ordering a more responsive response to Request for Production as set forth above. Plaintiff seeks a 30 Day Order for compliance.

## GOOD FAITH CERTIFICATION

Plaintiff's counsel hereby certifies that he has made a good faith effort to

obtain the information sought without Court intervention.

__/s/ Thomas A. Tarro, III, Esq.___

Plaintiff,
By and Through Her Attorney,

_/s/ Thomas A. Tarro, III, Esq._________

Thomas A. Tarro, III (#2046)
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 – *fax*

**CERTIFICATION**

I hereby certify that a copy of the above Motion to Strike Objections and Compel More Responsive Response was sent on the 30th day of July, 2008 to:

Brian Burns, Esq.
Hines & Corrigan, Inc.
One James P. Murphy Highway
West Warwick, RI 02893

_/s/ Thomas A. Tarro, III, Esq.______