UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EASTLYN IGWEMADU

V. C.A. NO: 08 – 29ML

PARIS SPORT ASSOCIATES, LLC
And JAY FIVE MANAGEMENT, LLC

**OBJECTION OF DEFENDANT JAY FIVE MANAGEMENT, LLC TO THE PLAINTIFF'S MOTION TO STRIKE OBJECTIONS AND COMPEL A MORE RESPONSIVE RESPONSE TO HER REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO THE DEFENDANT JAY FIVE MANAGEMENT, LLC**

Now comes Defendant Jay Five Management, LLC and makes objection to the Plaintiffs motion to strike objection and compel a more responsive response to the request for production of documents propounded by Plaintiff to the Defendant Jay Five Management, LLC.

REQUEST NO. 4: Any and all document transmitted between the Defendant, Jay Five Management, LLC and any other person or entity, other than defense counsel, which addresses the liability for the location where Plaintiff fell.

RESPONSE NO. 4: Objection to providing documents between the Defendants and its attorneys and insurer as such documents are privileged form discovery based on the attorney-client communication privilege. Otherwise, none.

INFORMATION SOUGHT: Plaintiff seeks an Order of the Court striking the Objection which has been posed by the Defendant, or in the alternative, for an order of the Court requiring the Defendant to provide a privilege log pursuant to Rule 26(c)(5) of the Federal rules of Civil Procedure setting forth the nature of any documents, communications or things not produced or disclosed in response to the request which the Defendant submits are protected by a claim of privilege.

OBJECTION: The Plaintiff seeks to strike the objection to the request. However, communications between an insured and an insurer are generally privileged from discovery and thus the objection should be sustained. Please see supporting memoranda.

Defendants
By and through their attorneys

Brian Burns, Esq. #4187
Hines & Corrigan, Inc.
One James P. Murphy Highway
West Warwick, RI 02893
Tel 401-821-6266
Fax 401-821-6446

CERTIFICATION

I hereby certify that I mailed a true copy of the within Request for Production to the below named party on the 6th day of August, 2008.

Thomas Tarro III, Esq.
Law Firm of Thomas Tarro III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886