UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EASTLYN IGWEMADU | : | |
| | : | |
| VS. | : | C.A. NO.: 08-29ML |
| | : | |
| PARIS SPORT ASSOCIATES, LLC | : | |
| and JAY FIVE MANAGEMENT, LLC | : | |

**ORDER**

This matter came on for hearing before the Court, Magistrate Judge David L. Martin presiding, on August 28, 2008 on the Plaintiff's Motion to Strike Objections and Compel More Responsive Response to Request for Production of Documents Propounded upon the Defendant, Paris Sport Associates, LLC and Plaintiff's Motion to Strike Objections and Compel More Responsive Response to Request for Production of Documents Propounded upon the Defendant, Jay Five Management, LLC. After consideration of the Motions and by agreement of counsel, it is hereby

**ORDERED, ADJUDGED AND DECREED**

1. That the motions are hereby granted with the exception that Defendant is not required to produce privileged communications forwarded to its insurer.

2. The Defendant shall have thirty (30) days from August 28, 2008 to comply with this Order.

ENTERED

David L. Martin
USMJ 9-8-08

PER ORDER